UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| Sedlak, Evelina | ) | CASE NO. 11-47512-CAD |
| | ) | |
| Debtor(s). | ) | Hon. Carol A. Doyle |

TRUSTEE'S APPLICATION FOR
COMPENSATION AND EXPENSES

TO:   THE HONORABLE Carol A. Doyle

NOW COMES STEVEN R. RADTKE, Trustee herein, pursuant to 11 U.S.C. §330, and requests $2,320.01 as compensation and $3.50 for reimbursement of expenses, $0.00 amount of which has previously been paid.

## I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $15,700.09. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $1,070.01 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |

TOTAL COMPENSATION        $2,320.01

## II. TRUSTEE'S EXPENSES

| | |
|---|---|
| Photocopies | $1.70 |
| Postage | $1.80 |
| | |
| TOTAL EXPENSES | $3.50 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: _____          /s/ STEVEN R. RADTKE
                                        STEVEN R. RADTKE, Trustee


STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603
Other             (312) 346-1935
Business
Other             (312) 346-2138
SedlakTrAppComp

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| Sedlak, Evelina | ) | CASE NO. 11-47512-CAD |
| | ) | |
| Debtor(s). | ) | Hon. Carol A. Doyle |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois    )
County of Cook    )

I, STEVEN R. RADTKE, being first duly sworn on oath, deposes and states as follows:

1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the Trustee's Application for Allowance for Compensation and Expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have made no arrangements for a division of compensation received or to be received herein directly or indirectly nor does any understanding exist between myself or any other person, except that I am a principal at Chill, Chill & Radtke, P.C. a law firm at which I was employed during the pendency of this case. I have not previously received payment of any compensation of services rendered in connection with this case.

4. Further Affiant sayeth not.

_____
Steven R. Radtke

Subscribed and sworn to
before me this 9th day
of July, 2012

_____
Notary Public

SOCORRO CHAVEZ
MY COMMISSION EXPIRES
MARCH 11, 2014

SedlakTrAppComp

3

## TASKS PERFORMED BY TRUSTEE

1. The Trustee reviewed the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs.

2. The Trustee received and analyzed debtor's bank statements.

3. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.

4. The Trustee retained counsel to assist in liquidation of estate assets.

5. The Trustee received and deposited the net proceeds from the sale of the Debtor's 2011 Jeep Patriot.

6. The Trustee reviewed the claims filed in the case. No objections were necessary.

7. The Trustee managed the estate's cash on hand. This included investing the estate's funds in an interest bearing account and maintaining a report of cash receipts and disbursements.

8. In addition to time itemized on the attached Schedule, the Trustee estimates that he will spend an additional 4 hours rendering services with a value of $1,400.00 to obtain approval of the final report, make a final distribution to creditors and prepare and file his final account.

SedlakTrAppComp

**EXHIBIT A**

July 10, 2012

Steven R. Radtke, Trustee
Evelina Sedlak, Bankruptcy Estate
CHILL CHILL & RADTKE, P.C.
79 W. Monroe St., #1305
Chicago IL 60603

    RE:  Bankruptcy Estate of Evelina Sedlak, Debtor
        Chapter 7: Case No. 11-47512; Filed 11/23/2011;
        SedlakE - TSee - #1101

**Professional services**

|  |  | **Hrs/Rate** | **Amount** |
|---|---|---:|---:|
| 12/27/11 SRR | Examine Debtor's schedules | 0.30<br>375.00/hr | 112.50 |
| 1/9/12 SRR | Examined Debtor at 341 meeting | 0.20<br>375.00/hr | 75.00 |
| 1/12/12 SRR | Phone call to Debtor attorney's office re need for title to Jeep (.20); follow-up email to same (.20). | 0.40<br>375.00/hr | 150.00 |
| 1/27/12 SRR | Continued meeting of creditors | 0.50<br>375.00/hr | 187.50 |
| 2/3/12 SRR | Receipt and review of original title from Debtor's attorney; review invoice (.30); phone call to Mike Widdes at Albany Auto re value and interest in purchasing debtor's 2011 Jeep Patriot (.30). | 0.60<br>375.00/hr | 225.00 |
| 2/4/12 SRR | Analyze Debtor's bank account statements. | 0.50<br>375.00/hr | 187.50 |

Steven R. Radtke, Trustee                                                           Page     2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 2/21/12 SRR | Email from and to Debtor's atttorney re upcoming continued 341 meeting and need for debtor to attend. | 0.20<br>375.00/hr | 75.00 |
| 2/24/12 SRR | Continued meeting of creditors | 0.50<br>375.00/hr | 187.50 |
| 2/28/12 SRR | Filed asset report | 0.30<br>375.00/hr | 112.50 |
| 5/7/12 SRR | Contact Bank of America re opening account; deposit check | 0.20<br>375.00/hr | 75.00 |
| 6/11/12 SRR | Review and analyze May bank statement (.10); reconcile account (.10) | 0.20<br>375.00/hr | 75.00 |
| 6/20/12 SRR | Prepare Final Report | 1.00<br>375.00/hr | 375.00 |
| SRR | Checked file and reviewed proofs of claim. | 0.60<br>375.00/hr | 225.00 |
| 7/5/12 SRR | Prepare Trustee's fee petition and proposed order | 1.00<br>375.00/hr | 375.00 |
|  | For professional services rendered | 6.50 | $2,437.50 |
|  | Balance due |  | $2,437.50 |