# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Evelina Sedlak | § | Case No. 11-47512 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee application(s) and any objection to the Final Report will be held at:

10:30 a.m. on August 30, 2012
in Courtroom 742, U.S. Courthouse
219 South Dearborn Street, Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____Kenneth S. Gardner_____
                                        Clerk of the Bankruptcy Court

*STEVEN R. RADTKE*
*79 WEST MONROE STREET*
*SUITE 1305*
*CHICAGO, IL 60603*

UST Form 101-7-NFR (5/1/2011) (Page: 1)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Evelina Sedlak | § | Case No. 11-47512 |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 15,700.32 |
| and approved disbursements of | $ | 18.66 |
| leaving a balance on hand of[1] | $ | 15,681.66 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 2,320.02 | $ 0.00 | $ 2,320.02 |
| Trustee Expenses: STEVEN R. RADTKE | $ 3.50 | $ 0.00 | $ 3.50 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 2,550.00 | $ 0.00 | $ 2,550.00 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 39.40 | $ 0.00 | $ 39.40 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 4,912.92 |
| Remaining Balance | $ 10,768.74 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,996.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 46.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | University Of Iowa | $ 810.67 | $ 0.00 | $ 379.61 |
| 2 | Tfc Credit Corporation | $ 6,298.16 | $ 0.00 | $ 2,949.21 |
| 3 | U. S. Department Of Education | $ 11,844.24 | $ 0.00 | $ 5,546.24 |
| 4 | Sallie Mae | $ 4,043.81 | $ 0.00 | $ 1,893.57 |

    Total to be paid to timely general unsecured creditors    $ 10,768.63

    Remaining Balance    $ 0.11

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Steven R. Radtke
Steven R. Radtke, Trustee

*STEVEN R. RADTKE*
*79 WEST MONROE STREET*
*SUITE 1305*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                            Northern District of Illinois

In re:                                                          Case No. 11-47512-CAD
Evelina Sedlak                                                  Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: dwilliams              Page 1 of 3              Date Rcvd: Aug 01, 2012
                              Form ID: pdf006              Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2012.
db           +Evelina Sedlak,    1740 E. Clear Creek Bay,     Palatine, IL 60074-1712
18091415      AFNI Insurance Services,    Subrogation Department,    P.O. Box 3068,    Bloomington, IL  61702-3068
18633824      Allstate,   P.O. Box 3589,    Akron, OH 44309-3589
18091416     +Arnold Scott Harris, P.C.,    222 Merchandise Mart Plaza, Suite 1932,    Chicago, IL 60654-1420
18091417     +Besetzny, Kevin S. & Jean,    1105 N. Delphia Ave.,,    Park Ridge, IL 60068-2061
18091419     +City Of Chicago,   City Hall,    121 N. LaSalle, Rm. 107,    Chicago, IL 60602-1232
18091418     +City Of Chicago,   Legal Department,    121 N. LaSalle St., Ste. 600,    Chicago, IL 60602-1244
18091420     +G Beauty Institutes,    11 E. Center St.,,    Sandwich, IL 60548-1562
18091421     +G Skin & Beaty Institute,    C/O TFC Credit Corporation,    2010 Crow Canyon Pl., Ste. 300,
               San Ramon, CA 94583-1344
18091423      GRC,   P.O. Box 495999,    Cincinnati, OH  45249-5999
18633825      Hair Professionals Academy,    C/O Financial Recovery Services,    P.O. Box 1246,
               San Ramon, CA 94583-6246
18091414     +Law Offices of Mark Sciblo PC,    5945 N Elston Ave,    Chicago, IL 60646-5504
18091424     +Loyola University Of Chi,    6525 N Sheridan Rd,    Chicago, IL 60626-5385
18091426      Michael Fields,   227 E. Fabish Dr.,,    Buffalo Grove, IL  60089
18091427     +New Age Spa Institute,    1651 Elk Blvd.,,    Des Plaines, IL 60016-4721
18091428     +Northshore Laboratory Services,    C/O Transworld Systems, Inc.,    1375 E. Woodfield Rd., Ste. 110,
               Schaumburg, IL 60173-5423
18091430      Northshore University Health System,    Hospital Billing,    23056 Network Place,
               Chicago, IL  60673-1230
18091429      Northshore University Health System,    9851 Eagle Way,    Chicago, IL  60678-1098
18091433     +Secretary Of State Of IL,    Safety & Responsibility Section,    2701 S. Dirksen Pkwy.,,
               Springfield, IL 62723-1000
18091413     +Sedlak Evelina,    1740 E Clear Creek Bay,    Palatine, IL 60074-1712
18655418     +TFC Credit Corporation,    2010 Crow Canyon Pl Ste 300,    San Ramon, CA 94583-1344
18091436      The University Of Iowa,    Gay D Pelzer,    Office of General Counsel,    120 Jessup Hall,
               Iowa City, IA 52242-1316
18091434     +Transworld Systems Inc.,    1375 E. Woodfield Rd., #110,    Schaumburg, IL 60173-5423
18091435      U.S. Department Of Education,    Direct Loan Servicing Center,    P.O. Box 5609,
               Greenville, TX  75403-5609
18091461     +University Of Iowa,    Gay D Pelzer,    120 Jessup Hall,    Iowa City, IA 52242-1316
18091437      Williams & Fudge, Inc.,    300 Chatham Ave., P.O. Box 11590,    Rock Hill, SC  29731-1590

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18091422     +E-mail/Text: bknoticing@grantweber.com Aug 02 2012 04:42:49     Grant  And  Weber Nevada,
               861 Coronado Center Dr S,    Henderson, NV 89052-3992
18091425      Fax: 847-227-2151 Aug 02 2012 05:21:34     Medical Recovery Specialists, LLC,
               2250 E. Devon Ave., Ste. 352,    Des Plaines, IL  60018-4519
18091431     +E-mail/Text: bknoticing@grantweber.com Aug 02 2012 04:42:49     Saint Francis Hospital,
               C/O Grant & Weber, Inc.,    861 Coronado Center Dr., Ste. 211,    Henderson, NV 89052-3992
18091432     +E-mail/PDF: pa_dc_claims@salliemae.com Aug 02 2012 05:08:24      Sallie Mae,    Po Box 9500,
               Wilkes Barre, PA 18773-9500
18809651     +E-mail/PDF: pa_dc_claims@salliemae.com Aug 02 2012 05:14:50      Sallie Mae,    c/o Sallie Mae Inc.,
               220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Chill, Chill & Radtke
18091440*     AFNI Insurance Services,    Subrugation Department,    P.O. Box 3068,    Bloomington, IL  61702-3068
18091441*    +Arnold Scott Harris, P.C.,    222 Merchandise Mart Plaza, Suite 1932,    Chicago, IL 60654-1420
18091442*    +Besetzny, Kevin S. & Jean,    1105 N. Delphia Ave.,,    Park Ridge, IL 60068-2061
18091443*    +City Of Chicago,   Legal Department,    121 N. LaSalle St., Ste. 600,    Chicago, IL 60602-1244
18091444*    +City Of Chicago,   City Hall,    121 N. LaSalle, Rm. 107,    Chicago, IL 60602-1232
18091445*    +G Beauty Institutes,    11 E. Center St.,,    Sandwich, IL 60548-1562
18091446*    +G Skin & Beaty Institute,    C/O TFC Credit Corporation,    2010 Crow Canyon Pl., Ste. 300,
               San Ramon, CA 94583-1344
18091448*     GRC,   P.O. Box 495999,    Cincinnati, OH  45249-5999
18091447*    +Grant  And  Weber Nevada,    861 Coronado Center Dr S,    Henderson, NV 89052-3992
18091439*    +Law Offices of Mark Sciblo PC,    5945 N Elston Ave,    Chicago, IL 60646-5504
18091449*    +Loyola University Of Chi,    6525 N Sheridan Rd,    Chicago, IL 60626-5385
18091450*     Medical Recovery Specialists, LLC,    2250 E. Devon Ave., Ste. 352,    Des Plaines, IL  60018-4519
18091451*     Michael Fields,   227 E. Fabish Dr.,,    Buffalo Grove, IL  60089
18091452*    +New Age Spa Institute,    1651 Elk Blvd.,,    Des Plaines, IL 60016-4721
18091453*    +Northshore Laboratory Services,    C/O Transworld Systems, Inc.,    1375 E. Woodfield Rd., Ste. 110,
               Schaumburg, IL 60173-5423
18091455*     Northshore University Health System,    Hospital Billing,    23056 Network Place,
               Chicago, IL  60673-1230
18091454*     Northshore University Health System,    9851 Eagle Way,    Chicago, IL  60678-1098
18091456*    +Saint Francis Hospital,    C/O Grant & Weber, Inc.,    861 Coronado Center Dr., Ste. 211,
               Henderson, NV 89052-3992
18091457*    +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
18091458*    +Secretary Of State Of IL,    Safety & Responsibility Section,    2701 S. Dirksen Pkwy.,,
               Springfield, IL 62723-1000
```

```
District/off: 0752-1              User: dwilliams            Page 2 of 3                  Date Rcvd: Aug 01, 2012
                                  Form ID: pdf006            Total Noticed: 31

              ***** BYPASSED RECIPIENTS (continued) *****
18091438*      +Sedlak Evelina,    1740 E Clear Creek Bay,    Palatine, IL 60074-1712
18091459*      +Transworld Systems Inc.,    1375 E. Woodfield Rd., #110,    Schaumburg, IL 60173-5423
18091460*       U.S. Department Of Education,    Direct Loan Servicing Center,    P.O. Box 5609,
                 Greenville, TX   75403-5609
18091462*       Williams & Fudge, Inc.,    300 Chatham Ave., P.O. Box 11590,    Rock Hill, SC  29731-1590
                                                                                      TOTALS: 1, * 24, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 03, 2012**              **Signature:**         _Joseph Speetjens_

```
District/off: 0752-1          User: dwilliams              Page 3 of 3               Date Rcvd: Aug 01, 2012
                              Form ID: pdf006              Total Noticed: 31
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2012 at the address(es) listed below:
        Mark  Sciblo    on behalf of Debtor Evelina Sedlak attorney_sciblo@yahoo.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Steven R Radtke    sradtke@chillchillradtke.com,   sradtke@ecf.epiqsystems.com
        Steven R Radtke    on behalf of Trustee Steven Radtke sradtke@chillchillradtke.com
                                                                                       TOTAL: 4