UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
Evelina Sedlak                      §        Case No. 11-47512
                                    §
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/STEVEN R. RADTKE_____
                                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Michael Fields 227 E. Fabish Dr., Buffalo Grove, IL 60089 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Bank of America | | | | | |
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Besetzny, Kevin S. & Jean 1105 N. Delphia Ave., Park Ridge, IL  60068 |  |  |  |  |  |
|  | City Of Chicago Legal Department 121 N. LaSalle St., Ste. 600 Chicago, IL  60602 |  |  |  |  |  |
|  | G Beauty Institutes 11 E. Center St., Sandwich, IL  60548 |  |  |  |  |  |
|  | G Skin & Beaty Institute C/O TFC Credit Corporation 2010 Crow Canyon Pl., Ste. 300 San Ramon, CA  94583-1536 |  |  |  |  |  |
|  | Loyola University Of Chi 6525 N Sheridan Rd Chicago, IL  60626 |  |  |  |  |  |
|  | New Age Spa Institute 1651 Elk Blvd., Des Plaines, IL  60016 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northshore Laboratory Services C/O Transworld Systems, Inc. 1375 E. Woodfield Rd., Ste. 110 Schaumburg, IL  60173 | | | | | |
| | Northshore University Health System 9851 Eagle Way Chicago, IL  60678-1098 | | | | | |
| | Northshore University Health System Hospital Billing 23056 Network Place Chicago, IL 60673-1230 | | | | | |
| | Saint Francis Hospital C/O Grant & Weber, Inc. 861 Coronado Center Dr., Ste. 211 Henderson, NV  89052 | | | | | |
| | Sallie Mae Po Box 9500 Wilkes Barre, PA  18773 | | | | | |
| | Sallie Mae Po Box 9500 Wilkes Barre, PA  18773 | | | | | |
| | U.S. Department Of Education Direct Loan Servicing Center P.O. Box 5609 Greenville, TX 75403-5609 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | University Of Iowa 500 Iowa Ave Iowa City, IA 52240 | | | | | |
| 4 | Sallie Mae | | | | | |
| 2 | Tfc Credit Corporation | | | | | |
| 3 | U. S. Department Of Education | | | | | |
| 1 | University Of Iowa | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-47512 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Evelina Sedlak | | | | Date Filed (f) or Converted (c): | 11/23/2011 (f) |
| | | | | | 341(a) Meeting Date: | 01/09/2012 |
| For Period Ending: | 11/12/2012 | | | | Claims Bar Date: | 05/30/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. A Lap Top, Mucis Center, Personal Items | 1,200.00 | 0.00 | OA | 0.00 | FA |
| 2. Wearing Apparel | 500.00 | 0.00 | OA | 0.00 | FA |
| 3. Costume Jewelry | 100.00 | 0.00 | OA | 0.00 | FA |
| 4. 2011 Jeep Patriot Latitude | 18,000.00 | 0.00 | | 15,700.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.32 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $19,800.00      $0.00      $15,700.32      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Looking to sell automobile 2011 Jeep; going in on motion to sell estate's interest in automobile free and clear on May 3, 2012. Note: Debtor schedules show secured debt to Michael Fields for loan to purchase this automobile but lien does not appear on title; it is an unsecured loan; car sold; bar date 5/30/12; review claims and prepare TFR for UST reviewer

Initial Projected Date of Final Report (TFR): 01/15/2014      Current Projected Date of Final Report (TFR): 01/15/2014

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-47512 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Evelina Sedlak | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0195 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9973 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/12/2012 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/12 | | Transfer from Acct # xxxxxx1071 | Transfer of Funds | 9999-000 | $15,681.66 | | $15,681.66 |
| 09/05/12 | 1001 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,320.03 | $13,361.63 |
| 09/05/12 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $39.40 | $13,322.23 |
| 09/05/12 | 1003 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $3.50 | $13,318.73 |
| 09/05/12 | 1004 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $2,550.00 | $10,768.73 |
| 09/05/12 | 1005 | University Of Iowa<br>Gay D Pelzer<br>120 Jessup Hall<br>Iowa City, Ia 52242 | Final distribution to claim 1 representing a payment of 46.83 % per court order. | 7100-000 | | $379.61 | $10,389.12 |
| 09/05/12 | 1006 | Tfc Credit Corporation<br>2010 Crow Canyon Pl Ste 300<br>San Ramon, Ca 94583 | Final distribution to claim 2 representing a payment of 46.83 % per court order. | 7100-000 | | $2,949.23 | $7,439.89 |

Page Subtotals: $15,681.66    $8,241.77

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-47512
Case Name: Evelina Sedlak
Trustee Name: STEVEN R. RADTKE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX0195
Checking
Taxpayer ID No: XX-XXX9973
Blanket Bond (per case limit): $5,000,000.00
For Period Ending: 11/12/2012
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/05/12 | 1007 | U. S. Department Of Education<br>U.S. Department Of Education<br>Direct Loan Servicing Center<br>P.O. Box 5609<br>Greenville, Tx 75403-5609 | Final distribution to claim 3 representing a payment of 46.83 % per court order. | 7100-000 | | $5,546.29 | $1,893.60 |
| 09/05/12 | 1008 | Sallie Mae<br>C/O Sallie Mae Inc.<br>220 Lasley Ave<br>Wilkes-Barre, Pa 18706 | Final distribution to claim 4 representing a payment of 46.83 % per court order. | 7100-000 | | $1,893.60 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $15,681.66 | $15,681.66 |
| Less: Bank Transfers/CD's | $15,681.66 | $0.00 |
| Subtotal | $0.00 | $15,681.66 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $15,681.66 |

Page Subtotals: $0.00    $7,439.89

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-47512 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Evelina Sedlak | Bank Name: | Bank of America |
| | | Account Number/CD#: | XXXXXX0564 |
| | | | Money Market Account |
| Taxpayer ID No: | XX-XXX9973 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/12/2012 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/07/12 | 4 | Albany, Inc.<br>4030 N. Rockwell Street<br>Chicago, IL 60618 | Proceeds of Sale of Automobile | 1129-000 | $15,700.00 | | $15,700.00 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.09 | | $15,700.09 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.12 | | $15,700.21 |
| 06/29/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.66 | $15,681.55 |
| 07/25/12 | INT | Bank of America | Post accrued interest for account number 4437830564. | 1270-000 | $0.11 | | $15,681.66 |
| 07/25/12 | | Transfer to Acct # xxxxxx1071 | Transfer of Funds from MMA account xxx0564 to Checking account xxx1071 | 9999-000 | | $15,681.66 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $15,700.32 | $15,700.32 |
| Less: Bank Transfers/CD's | $0.00 | $15,681.66 |
| Subtotal | $15,700.32 | $18.66 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $15,700.32 | $18.66 |

Page Subtotals: $15,700.32　$15,700.32

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-47512 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Evelina Sedlak | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX1071 |
| | Checking |
| Taxpayer ID No: XX-XXX9973 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/12/2012 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/25/12 | | Transfer from Acct # xxxxxx0564 | Transfer of Funds from MMA account xxx0564 to Checking account xxx1071 | 9999-000 | $15,681.66 | | $15,681.66 |
| 08/31/12 | | Transfer to Acct # xxxxxx0195 | Transfer of Funds | 9999-000 | | $15,681.66 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $15,681.66 | $15,681.66 |
| Less: Bank Transfers/CD's | $15,681.66 | $15,681.66 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $15,681.66 | $15,681.66 |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX0195 - Checking | $0.00 | $15,681.66 | $0.00 |
| XXXXXX0564 - Money Market Account | $15,700.32 | $18.66 | $0.00 |
| XXXXXX1071 - Checking | $0.00 | $0.00 | $0.00 |
|  | $15,700.32 | $15,700.32 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $15,700.32 |
| Total Gross Receipts: | $15,700.32 |

Page Subtotals: $0.00  $0.00